UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TYLER SCOTT KINARD, # 242880            PETITIONER

V.            CIVIL NO. 3:23-CV-156-KHJ-MTP

BILLIE SOLLIE            RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses Kinard's [1] Petition for Writ of Habeas Corpus.

SO ORDERED, this the 9th day of June, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE